**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7181**

———————

JIMMY LEE NIXON,

                              Petitioner - Appellant,

        versus

STEPHEN M. DEWALT, Warden, Federal Prison Camp
Butner; United States of America,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-48-5-BO)

———————

Submitted:  May 15, 2003              Decided:  May 29, 2003

———————

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmy Lee Nixon, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy Lee Nixon, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000).  We have independently reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Nixon v. Dewalt, No. CA-02-48-5-BO (E.D.N.C. June 24, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED